```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18705
   WANDA K POPLAR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0087


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/21/2008 and was confirmed 09/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
MICHAEL MOTORS             SECURED NOT I   NOT FILED               .00              .00
MICHAEL MOTORS             UNSECURED       NOT FILED               .00              .00
AJ WRIGHT                  UNSECURED       NOT FILED               .00              .00
APEX ALARMS                UNSECURED       NOT FILED               .00              .00
AT&T                       UNSECURED       NOT FILED               .00              .00
CITY OF CALUMET CITY       NOTICE ONLY     NOT FILED               .00              .00
CAPITAL ONE                UNSECURED       NOT FILED               .00              .00
CENTRIX FINANCIAL LLC      NOTICE ONLY     NOT FILED               .00              .00
COMMONWEALTH EDISON        UNSECURED          192.32               .00              .00
PRA RECEIVABLES MGMT       UNSECURED          662.64               .00              .00
FIRST NATIONAL BANK OF M   UNSECURED       NOT FILED               .00              .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED               .00              .00
GREGORY EMERGENCY PHYSIC   UNSECURED       NOT FILED               .00              .00
GREGORY EMERGENCY PHYSIC   UNSECURED       NOT FILED               .00              .00
INGALLS MEDWEST EMERG AS   UNSECURED       NOT FILED               .00              .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED               .00              .00
METROPOLITAN AUTO          UNSECURED       NOT FILED               .00              .00
NICOR GAS                  UNSECURED         4559.66               .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          565.66               .00              .00
SPRINT                     UNSECURED       NOT FILED               .00              .00
SPRINT PCS                 NOTICE ONLY     NOT FILED               .00              .00
ST MARGARET MERCY          UNSECURED       NOT FILED               .00              .00
SUMMIT ACCEPTANCE CORP     NOTICE ONLY     NOT FILED               .00              .00
THE NEIGHBORHOOD           UNSECURED       NOT FILED               .00              .00
TRIBUTE MASTERCARD         UNSECURED          620.67               .00              .00
WELLGROUP HEALTH PARTNER   UNSECURED          136.66               .00              .00
HAWTHORNE CU               UNSECURED        11557.73               .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          237.59               .00              .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      3,500.00                             139.20
TOM VAUGHN                 TRUSTEE                                                10.80
DEBTOR REFUND              REFUND                                                  .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 18705 WANDA K POPLAR
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    150.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    139.20
TRUSTEE COMPENSATION                               10.80
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                     150.00                 150.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 03/05/09           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE